# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

|  |  |
|---|---|
| ANTHONY PAUL PEATE, | No. LA CV 18-09209-VBF-KES |
| Petitioner, | **ORDER** |
| v. | Overruling Petitioner's Objections; Adopting the Report & Recommendation; Denying the Habeas Corpus Petition; |
| J. LIZARAGA (Warden) and People of State of California, | Dismissing the Action With Prejudice; Directing the Entry of Separate Judgment; Terminating and Closing Action (JS-6) |
| Respondents. | |

Pursuant to 28 U.S.C. section 636 and Fed. R. Civ. P. 72, this Court has reviewed the *pro se* Petition for a Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. section 2554, CM/ECF System Document ("Doc") 1; respondent Lizaraga's Answer (Doc 12) and lodged documents (Doc 13); the Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc 16); the timely objections constructively filed by petitioner Peate on May 22, 2019 (Doc 19); and the applicable law.

As required by Fed. R. Civ. P. 72(b)(3), the Court has engaged in de novo review of the portions of the R&R to which petitioner has specifically objected and finds no defect of law, fact, or logic in the R&R. The Court finds discussion of the objections to be unnecessary on this record. "The Magistrates Act 'merely requires the district judge to make

a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made.'" It does not require a written explanation of the reasons for rejecting objections. *See MacKenzie v. Calif. AG*, 2016 WL 5339566, *1 (C.D. Cal. Sept. 21, 2016) (citation omitted). "This is particularly true where, as here, the objections are plainly unavailing." *Smith v. Calif. Jud. Council*, 2016 WL 6069179, *2 (C.D. Cal. Oct. 17, 2016). Accordingly, the Court will accept the Magistrate Judge's factual findings and legal conclusions and implement her recommendations.

## ORDER

Petitioner's objection **[Doc # 19] is OVERRULED.**

The Report and Recommendation **[Doc # 16] is ADOPTED.**

The petition for a writ of habeas corpus **[Doc # 1] is DENIED.**

Final judgment consistent with this order will be entered separately as required by Fed. R. Civ. P. 58(a). *See Jayne v. Sherman*, 706 F.3d 994, 1009 (9th Cir. 2013).

The Court will rule on a certificate of appealability by separate order.

**This action is DISMISSED with prejudice.**

**The case SHALL BE TERMINATED and closed (JS-6).**

IT IS SO ORDERED.

Dated: June 14, 2019

*Valerie Baker Fairbank*

Hon. Valerie Baker Fairbank
Senior United States District Judge