JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANTHONY PAUL PEATE, | No. LA CV 18-9209-VBF-KES |
| Petitioner, | FINAL JUDGMENT |
| v. | |
| J. LIZARRAGA (Warden) and People of the State of California, | |
| Respondents. | |

**Final judgment is hereby entered in favor of the respondents and against petitioner Anthony Paul Peate.**

IT IS SO ADJUDGED.

Dated: June 14, 2019

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge